MATTHEW C. HELLAND (SBN 250451)
helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, California 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238

ATTORNEYS FOR PLAINTIFF AND
THE PUTATIVE CLASSES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GAVIDIA, on behalf of himself, those similarly situated, the proposed Rule 23 Class, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>SMART CIRCLE INTERNATIONAL, LLC, LOOPED IN, INC., SIGNALS UNITED, INC., ONPOINT, OC, INC., and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 8:16-cv-00922-CJC-SK<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Frank Gavidia hereby dismisses this action without prejudice. Defendants have not filed an answer or a motion for summary judgment, and the Court has not certified a class under Fed. R. Civ. P. 23.

| | | |
|---|---|---|
| Dated: June 29, 2016 | | **NICHOLS KASTER, LLP** |
| | | By: <u>s/Matthew C. Helland</u><br>      Matthew C. Helland |

# **CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: One Embarcadero Center, Suite 720, San Francisco, CA 94111.

On June 29, 2016, I served the following document(s) described as:

- **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

on the interested party(ies) below, using the following means:

Counsel for Defendant:
Elise O'Brien
elise@rjlaw.com
June Monroe
june@rjlaw.com
RYNN & JANOWSKY, LLP
4100 Newport Beach, Suite 700
Newport Beach, CA 92660

Counsel for Defendant:
Karla Kraft
kkraft@sycr.com
Stradling Yocca Carlson & Rauth P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION: By electronically mailing a true and correct copy to the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ BY MAIL. By placing the document(s) listed in a sealed envelope(s) with postage thereon fully prepaid in the United States mail at San Francisco, California, addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 29, 2016                                   /s/ Matthew C. Helland
                                                                    Matthew C. Helland